IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORTH AMERICAN COMMUNICATIONS, INC.,<br>                  Plaintiff,<br><br>v.<br><br>DAMKTG, INC.,<br>                  Defendant. | NO: 3:17-cv-232<br><br>**FILED ELECTRONICALLY** |

## DEFAULT JUDGMENT

Defendant DAMKTG, Inc., having failed to plead or otherwise defend in this action as required by the Federal Rules of Civil Procedure, and default having been heretofore entered on February 1, 2018 (ECF No. 7); and upon application of Plaintiff and upon affidavit that Defendant is indebted to Plaintiff in the principal sum of $260,238.76, plus pre-judgment interest; that Defendant has been defaulted, pursuant to Fed. R. Civ. P. 55(a), for failure to appear; and that the claim is for a sum certain or for a sum which can be by computation made certain, it is hereby

**ORDERED, ADJUDGED, and DECREED** that Plaintiff North American Communications, Inc., shall recover from Defendant DAMTKG, Inc., the (a) principal sum of $260,238.76, plus pre-judgment interest of $18,222.70, which continues to accrue at the per diem rate of $42.78 until judgment is entered (in accordance with the calculation attached to the Affidavit of Amount Due, attached hereto as Exhibit "A" and incorporated herein by reference); (b) post-judgment interest on the foregoing pursuant to 28 U.S.C. § 1961; and (c) costs.

This Judgment is entered by the Clerk, at the request of Plaintiff and upon affidavit that said amount is due, in accordance with Federal Rule of Civil Procedure 55(b)(1).

JOSHUA C. LEWIS, CLERK

By: _____
       Deputy Clerk